252 So.2d 442

STATE of Louisiana ex rel. Thomas DAIGLE

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 51742.

Sept. 21, 1971.

In re: Thomas Daigle applying for writs of certiorari, mandamus, prohibition and habeas corpus.

Writ denied. The showing made does not warrant the exercise of our supervisory jurisdiction.